# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR ALEJANDRO MALDONADO,<br><br>Petitioner,<br><br>v.<br><br>RAUL LOPEZ, Warden,<br><br>Respondent. | NO. CV 06-2050 VAP (FMO)<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that Ground One in petitioner's Second Amended Petition for Writ of Habeas Corpus is **granted**. Respondent is directed to release petitioner unless the State of California elects to grant petitioner a new trial within ninety (90) days of entry of Judgment.

DATED: _November 22, 2011.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE